UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>HAYWOOD GORE,<br>    Defendant. | CRIMINAL NO. 7:17-1-KKC<br><br><br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on two motions (DE 361, 362) by defendant Haywood Gore requesting the appointment of counsel to apply for a sentence reduction under Amendment 821 to the Sentencing Guidelines. The Court has reviewed the defendant's record to determine if he is eligible for relief under Amendment 821.

The amendment alters the application of the Guidelines with respect to certain offenders who (a) earned criminal history "status points" based on commission of an offense while serving a criminal justice sentence (Part A of Amendment 821), or (b) presented zero criminal history points at the time of sentencing (Part B, Subpart 1). In addition, the United States Sentencing Commission voted to give retroactive effect to these two changes.

Defendant Gore had criminal history points at the time of sentencing. Thus, he is not entitled to a sentence reduction under Part B, Subpart 1 of Amendment 821. As to Part A of the amendment, the Court did apply status points against Gore at sentencing. However, even after Amendment 821, his criminal history category remains IV, meaning his guidelines remain at 135

1

to 168 months as they were at his sentencing. Accordingly, Gore is ineligible for a sentence reduction under Amendment 821.

Because it is clear that Gore is not entitled to a sentence reduction under Amendment 821, the Court hereby ORDERS that Gore's motions for appointment of counsel (DE 361, 362) are DENIED.

This 30th day of April, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY